JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANNIE KONKOL, <br><br> Plaintiff, <br><br> v. <br><br> OAKWOOD WORLDWIDE LOCAL, LLC; AVALONBAY COMMUNITIES, INC.; TERMINIX INTERNATIONAL, INC.; VALLEYCREST LANDSCAPE MAINTENANCE, INC.; AMERICAN NURSERIES LANDSCAPING; DOES 1-100 <br><br> Defendants. | Case № 2:14-cv-06596-ODW(ASx) <br><br> **ORDER DISMISSING PLAINTIFF'S CASE FOR FAILURE TO FILE FIRST AMENDED COMPLAINT NO LATER THAN WEDNESDAY, FEBRUARY 4, 2015** |

On August 28, 2014, Defendant AvalonBay filed a Motion to Dismiss the First, Ninth and Tenth Causes of Action from the First Amended Complaint ("FAC") and a Motion to Strike Portions of the FAC. (ECF Nos. 8-9.) Defendant Oakwood Worldwide joined both Motions. (ECF Nos. 12-13.) On October 20, 2014, Defendant Terminix filed a Motion to Dismiss the FAC and a Motion to Strike Portions of the FAC. (ECF Nos. 27-28.)

On January 2, 2015, the Court granted AvalonBay and Oakwood's Motion to Strike and Motion to Dismiss, and granted Terminix's Motion to Strike and Motion to Dismiss. (ECF No. 41.) As to AvalonBay and Oakwood, the Court granted Plaintiff leave to amend the First, Fifth, and Tenth Cause of Action. (*Id*.) The Court gave Plaintiff a deadline of January 16, 2015 to file the FAC and then extended that deadline to Wednesday, February 4, 2015. (ECF No. 42.) The Court explained that if Plaintiff failed to meet this deadline, the Court would dismiss the Defendants in this action.

As of February 9, 2015, Plaintiff has not complied with the Court's January 21, 2015 Order. Therefore, the Court **DISMISSES Plaintiff's case WITHOUT prejudice**.

**IT IS SO ORDERED.**

February 9, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**